CAMERON MUTUAL INSURANCE COMPANY, Respondent,

v.

David SAMPLE, Appellant,

Jeanie and Margie Sample, Appellants,

Bethany Apsher, Defendant,

and

American National Property and Casualty Company, Intervenor.

No. WD 38156.

Missouri Court of Appeals, Western District.

Aug. 12, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 25, 1986.

Application to Transfer Denied Nov. 18, 1986.

---

Bruce A. Bailey, Warrensburg, for Margie & Jeanie Sample.

Andrew J. Gelbach, P.C., Warrensburg, for David Sample.

William Cason, Michael Edgett, Fred R. Bunch and James C. Johns, Clinton, for intervenor American Nat'l Prop. & Cas. Co.

William E. Simmons and Daryl K. Bredemeier of Perry & Hamill, Kansas City, for respondent Cameron Mut. Ins. Co.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

## ORDER

PER CURIAM:

This is a declaratory judgment action seeking determination of the applicability

of an exclusionary clause within an automobile liability insurance policy. The trial court ruled that said exclusion applied.

Judgment affirmed. Rule 84.16(b).